1 | NICHOLAS A. TRUTANICH
United States Attorney
2 | District of Nevada
Nevada Bar Number 13644
3 | ANDOLYN JOHNSON
Nevada Bar No. 14723
4 | Assistant United States Attorney
400 South Virginia Street, Suite 900
5 | Reno, Nevada 89501
(775) 784-5438
6 | Andolyn.Johnson@usdoj.gov



7 | *Representing the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff<br>v.<br><br>Warren Edward Trepp,<br><br>　　　Defendant | Case No.　　3:20-cr-00028-MMD-WGC<br><br><br><br>**Order** |

The United States of America hereby moves the Court for an Order sealing the Indictment in this case pursuant to Federal Rule of Criminal Procedure 6(e)(4). The United States of America believes that disclosure of the existence of the Indictment may jeopardize the progress of an ongoing investigation.

The Government requests that the Clerk's Office for the United States District Court for the District of Nevada be relieved from the standard practice of unsealing the indictment upon arrest, because the Government has requested a summons in this case instead of an

arrest warrant. The Government requests that the Indictment remain sealed until the defendant's Initial Appearance.

The Government further requests that the Clerk's Office be relieved from the standard practice of releasing the sealed indictment to the CJA Panel Resource Attorney (for the sole purpose of securing defense counsel in a timely manner), because the defendant already has retained defense counsel David Houston to represent him in this matter. The Government will provide a copy of the file-stamped, sealed indictment to defense counsel.

DATED this 25th day of June, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Andolyn Johnson
ANDOLYN JOHNSON
Assistant United States Attorney

## ORDER

For good cause shown, IT IS HEREBY ORDERED that the Indictment, Motion to Seal, and Order shall be sealed until the defendant's Initial Appearance. The Clerk's Office shall not release the sealed indictment to the CJA Panel Resource Attorney.

IT IS SO ORDERED.

DATED this 25th day of June, 2020.

HON. WILLIAM G. COBB
United States Magistrate Judge