NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ANDOLYN JOHNSON
Assistant United States Attorney
Nevada Bar Number 14723
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         v.<br><br>Warren Edward Trepp,<br><br>                    Defendant. | 3:20-CR-00028-MMD-WGC<br><br>**ORDER GRANTING Stipulation to Continue Initial Appearance, Arraignment and Plea Hearing**<br><br>**UNDER SEAL** |

The United States, through its counsel NICHOLAS A. TRUTANICH, United States Attorney, and ANDOLYN R. JOHNSON, Assistant United States Attorney, counsel for the United States of America, and DAVID HOUSTON, counsel for defendant WARREN EDWARD TREPP, hereby stipulate that the Initial Appearance, Arraignment and Plea Hearing currently scheduled for November 10, 2020 at 3:00 p.m. be vacated and continued to January 27, 2021 at 3:00 p.m. Defense counsel represents, by consenting to his signature herein, that his client consents to this continuance.

Further, Mr. Trepp consents to proceed with the Initial Appearance, Arraignment and Plea Hearing on January 27, 2021 by video. Mr. Trepp was informed of his right to appear in person at the hearing, and he has elected to proceed with the hearing via video conference. Accordingly, the defendant will also file a Waiver of Right to Appear in Person at Criminal Proceedings prior to the hearing.

DATED: November 3, 2020.

|  |  |
|---|---|
|  | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ David Houston | /s/ Andolyn Johnson |
| DAVID HOUSTON<br>Counsel for Warren Edward Trepp | ANDOLYN JOHNSON<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED:  November 3, 2020.

_____
U.S. MAGISTRATE JUDGE