1  **DAVID R. HOUSTON, ESQ.**
   Nevada Bar No. 2131
2  **LAW OFFICE OF DAVID R. HOUSTON**
   A Professional Law Corporation
3  432 Court Street
4  Reno, Nevada 89501
   Telephone: 775.786.4188
5  *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No.: 3:20-cr-00028-MMD-WGC<br>) |
| vs. | )<br>) |
| WARREN EDWARD TREPP, | )<br>) |
| Defendants. | )<br>) |

## STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT

COMES NOW, Plaintiff UNITED STATES OF AMERICA, by and through its Authorized Representative, ANDOLYN JOHNSON, ESQ. and Defendant WARREN EDWARD TREPP by and through his Attorney of Record, The Law Offices of David R. Houston, DAVID R. HOUSTON, ESQ. and hereby stipulate to continue the Arraignment Hearing concerning the above-named Defendant, which is currently scheduled for Wednesday, January 27, 2021 at 3:00 p.m.

Defendant Trepp is currently undergoing an intensive inpatient treatment therefore Counsel for Defendant Trepp and Counsel for the United States have agreed the continuance is the best course of action.

The United States Attorney's Office, Counsel for Defendant, as well as Defendant Trepp, hereby stipulate to vacate and re-set the currently scheduled Arraignment Hearing to Tuesday, April 27, 2021 at 2:00 p.m.

| | |
|---|---|
| UNITED STATES ATTORNEY | LAW OFFICE OF DAVID R. HOUSTON |
| /s/Andolyn Johnson | /s/ David Houston |
| ANDOLYN JOHNSON, ESQ. | DAVID R. HOUSTON, ESQ. |
| *Attorney for Plaintiff* | *Attorney for Warren Edward Trepp* |
| DATED this 26th day of January 2021. | DATED this 26th day of January 2021. |

## **ORDER**

Based upon the foregoing stipulation between the parties, the agreement between all Counsel and Defendant, and good cause appearing, IT IS ORDERED that the Arraignment initially set for January 27, 2021 at 3:00 p.m. in the above-captioned action is re-set for April 27, 2021 at 2:00 p.m.

IT IS SO ORDERED.

DATED this _27th_ day of _January_____, 2021.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE