DAVID R. HOUSTON, ESQ.
Nevada Bar No. 2131
THE LAW PRACTICE OF DAVID R. HOUSTON
A Professional Law Corporation
432 Court Street
Reno, Nevada 89501
Telephone: 775.786.4188
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )   Case No.: 3:20-cr-00028-MMD-WGC
                                )
vs.                             )
                                )
WARREN EDWARD TREPP, JR.        )
                                )
          Defendants.           )
_____)

### STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT

COMES NOW, Plaintiff UNITED STATES OF AMERICA, by and through its Authorized Representative, ANDOLYN JOHNSON, ESQ. and Defendant WARREN EDWARD TREPP, JR. by and through his Attorney of Record, KENNETH E. LYON, III, ESQ. on behalf of THE LAW PRACTICE OF DAVID R. HOUSTON and hereby stipulate to continue the Arraignment Hearing concerning the above-named Defendant, currently scheduled for Wednesday, February 16, 2022, at 3:00 p.m.

This request is made on behalf of Mr. Houston's practice by Kenneth E. Lyon, III, Esq. as the appointed successor of Mr. Houston's practice. Counsel requests a continuance for time to file the appropriate substitution of attorney prior to the next hearing date. Due to the fact Defendant Trepp is currently in a residential treatment facility, Counsel is coordinating with the facility to get the substitution to Defendant Trepp for execution. Therefore, Counsel for

1

Defendant Trepp and Counsel for the United States have agreed the continuance is the best course of action.

The United States Attorney's Office, Counsel for Defendant, as well as Defendant Trepp, hereby stipulate to vacate and reset the currently scheduled Arraignment Hearing to Thursday, March 17, 2022, at 11:00 a.m.

| UNITED STATES ATTORNEY | LAW OFFICE OF DAVID R. HOUSTON |
|---|---|
| /s/ Andolyn Johnson<br>ANDOLYN JOHNSON, ESQ.<br>*Attorney for Plaintiff*<br>DATED this 10 day of February 2022. | KENNETH E. LYON, III, ESQ.<br>on behalf of<br>THE LAW PRACTICE OF DAVID R. HOUSTON<br>*Attorney for Warren Edward Trepp, Jr.*<br>DATED this 10 day of February 2022. |

### ORDER

Based upon the foregoing stipulation between the parties, the agreement between all Counsel and Defendant, and good cause appearing, IT IS ORDERED that the Arraignment initially set for Wednesday, February 16, 2022 at 3:00 p.m. in the above-captioned action is re-set for Thursday, March 17, 2022 at 11:00 a.m.

IT IS SO ORDERED.

DATED this 10th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2