**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-CR-00028-MMD-CSD |
| Plaintiff, | **ORDER GRANTING MOTIONS TO SEAL** |
| v. | [ECF Nos. 45, 46] |
| WARREN EDWARD TREPP, | |
| Defendant. | |

Currently pending before the Court is Defendant's emergency motion to reopen detention and a motion to seal the same. (ECF Nos. 45, 46.) Defendant subsequently filed a withdrawal of the emergency motion to reopen detention. (ECF No. 48.) Therefore, Defendant's request to withdraw his emergency motion is **GRANTED** and ECF No. 46 shall be deemed withdrawn.

However, the Court must still address the motion to seal the underlying motion. As the emergency motion to reopen detention includes information related to sensitive issues that could implicate the safety and security of Defendant, the Court finds that good cause exists to seal the underlying motion. Therefore, Defendant's motion to seal, ECF No. 45, is **GRANTED**.

IT IS SO ORDERED.

DATED: September 19, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**